932

No. 83–141. HAWAII HOUSING AUTHORITY ET AL. *v.* MIDKIFF ET AL.;

No. 83–236. PORTLOCK COMMUNITY ASSN. (MAUNALUA BEACH) ET AL. *v.* MIDKIFF ET AL.; and

No. 83–283. KAHALA COMMUNITY ASSN., INC., ET AL. *v.* MIDKIFF ET AL. Appeals from C. A. 9th Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE MARSHALL took no part in the consideration or decision of these cases. Reported below: 702 F. 2d 788.

No. 82–2120. SMITH ET AL. *v.* ROBINSON, RHODE ISLAND ASSOCIATE COMMISSIONER OF EDUCATION, ET AL. C. A. 1st Cir. Certiorari granted.

No. 83–173. WASMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted.

No. 83–371. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* ITT WORLD COMMUNICATIONS, INC., ET AL. C. A. D. C. Cir. Certiorari granted.

No. 83–185. COOPER ET AL. *v.* FEDERAL RESERVE BANK OF RICHMOND. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 82–1414. PRATT-FARNSWORTH, INC., ET AL. *v.* CARPENTERS LOCAL UNION NO. 1846 OF THE UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1704. BENNETT ET AL. *v.* WILLIAMS. C. A. 11th Cir. Certiorari denied.

No. 82–1839. MANN, ADMINISTRATOR OF THE ESTATE OF MANN *v.* GOLD ET AL.; and MANN, ADMINISTRATOR OF THE ESTATE OF MANN *v.* CANTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1882. CHURCH OF SCIENTOLOGY OF PORTLAND ET AL. *v.* RUDIE ET AL. Ct. App. Ore. Certiorari denied.